United States Court of Appeals
Fifth Circuit

**FILED**
December 2, 2008

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 08-10122
Summary Calendar

---

D.C. Docket No. 3:05-CR-202-3

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN - 5 2009
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

UNITED STATES OF AMERICA

    Plaintiff - Appellee

  v.

ALPHA TREATMENT CENTERS INC doing business as, Texas Durable Medical Equipment

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas.

Before KING, DENNIS, and OWEN, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: **DEC 2 4 2008**

A True Copy
Attest   DEC 2 4 2008

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _Madeline Chigoy_
       Deputy

New Orleans, Louisiana

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 24, 2008



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242

      No. 08-10122 USA v. Alpha Treatment Ctrs
         USDC No. 3:05-CR-202-3

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

    ( 4 ) Volumes    ( 2 ) Envelopes.

*[handwritten:]*
(2) Volumes
(2) Transcripts
(2) Envelopes
   "Exhibits"
   "PSR"

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Madeline Chigoy, Deputy Clerk
    504-310-7691

cc: (letter only)
    Honorable Jorge A Solis
    Mr Elton Joe Kendall
    Ms Susan B Cowger

P.S. to Judge Solis: A copy of the opinion was sent to your office via email the day it was filed.

MDT-1